**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1872**

_____

TORINA A. COLLIS,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION;
GINA SIMMS, Assistant United States Attorney, individually;
DESIREE SKINNER, Assistant United States Attorney,
individually,

              Defendants - Appellees.

_____

**No. 08-1191**

_____

TORINA A. COLLIS,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION;
GINA SIMMS, Assistant United States Attorney, Individually;
DESIREE SKINNER, Assistant United States Attorney,
individually,

              Defendants - Appellees.

_____

Appeals from the United States District Court for the District
of Maryland, at Greenbelt.  Roger W. Titus, District Judge.
(8:05-cv-03066-RWT)

Submitted:  July 30, 2009                 Decided:  August 3, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Torina A. Collis, Appellant Pro Se.  Alex Gordon, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torina A. Collis appeals the district court's orders dismissing her civil action and denying her motion to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Collis v. United States</u>, No. 8:05-cv-03066-RWT (D. Md. July 19, 2007 & Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>